# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Orenstein, James | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>8/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | New York University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | New York University School of Law | $26,955.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Chase bank accounts ▥ #2) | A | Interest | J | T | | | | | |
| 2.  IBM | A | Dividend | J | T | | | | | |
| 3.  Verizon | A | Dividend | J | T | | | | | |
| 4.  Nathan Family Real Estate Trust | A | Interest | K | Q | | | | | |
| 5.  Computershare | A | Dividend | J | T | | | | | |
| 6.  Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 7.  ▣UBS ACCT (...12) | A | Int./Div. | J | T | Distributed (part) | 11/10/11 | J | | Tr to UBS ...34 line 79 |
| 8.  --UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 9.  -- UNTS First Trust Target VIP May 2011 Sr. | | None | J | T | Buy | 05/05/11 | J | | |
| 10. | | | | | Sold (part) | 11/10/11 | J | | |
| 11.  -- UNTS FT Target VIP Portf. Feb. 2010 Sr. | A | Dividend | | | Open | 01/01/11 | J | | See note in Part VIII |
| 12. | | | | | Sold | 05/03/11 | J | B | |
| 13.  ▣ UBS ACCT (...83) | | None | M | T | | | | | |
| 14.  --Cash | | None | | | Spinoff (from line 65) | 01/14/11 | K | | Tr fr UBS ...34 line 65 |
| 15.  -- Columbia Growth NY 529 Portfolio Class A | | None | M | T | | | | | |
| 16.  ▣UBS ROTH (...47) | D | Int./Div. | N | T | | | | | |
| 17.  --UBS Bank USA Deposit Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --UBS Liquid Assets Fund | A | Dividend | K | T | Buy (add'l) | 01/10/11 | J | | |
| 19. | | | | | Sold (part) | 01/20/11 | J | | |
| 20. | | | | | Sold (part) | 01/25/11 | J | | |
| 21. | | | | | Sold (part) | 04/25/11 | J | | |
| 22. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 23. | | | | | Sold (part) | 09/09/11 | J | | |
| 24. | | | | | Sold (part) | 10/25/11 | J | | |
| 25. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 26. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 27. --Apple Inc | | None | K | T | Spinoff (from line 171) | 05/02/11 | K | | Tr fr UBS ...35 line 171 |
| 28. --EMC Corp | | None | J | T | Buy (add'l) | 01/20/11 | J | | |
| 29. --Google Inc | | None | J | T | | | | | |
| 30. --EGA Emerging Global Shares | A | Dividend | J | T | | | | | |
| 31. --Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | K | T | Spinoff (from line 172) | 05/02/11 | K | | Tr fr UBS ...35 line 172 |
| 32. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | J | T | Spinoff (from line 173) | 05/02/11 | J | | Tr fr UBS ...35 line 173 |
| 33. --SPDR S&P Midcap 400 | A | Dividend | K | T | Spinoff (from line 174) | 05/02/11 | J | | Tr fr UBS ...35 line 174 |
| 34. --Fidelity Advisor New Insights Fund | A | Dividend | K | T | Spinoff (from line 178) | 05/03/11 | K | | Tr fr UBS ...35 line 178 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --El Paso Pipeline Partners LP | A | Dividend | J | T | | | | | |
| 36. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 37. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | Spinoff (from line 175) | 05/02/11 | J | | Tr fr UBS ...35 line 175 |
| 38. --Nuveen Quality Preferred Income Fund | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 39. --Nuveen Quality Preferred Income Fund | A | Dividend | J | T | Spinoff (from line 176) | 05/02/11 | J | | Tr fr UBS ...35 line 176 |
| 40. --Alliance Bernstein High Income Fund | B | Dividend | K | T | Buy (add'l) | 01/20/11 | J | | |
| 41. --Eaton Vance Global Macro Absolute Return Fund | A | Dividend | K | T | Spinoff (from line 179) | 05/03/11 | J | | Tr fr UBS ...35 line 179 |
| 42. --Putnam Diversified Income Trust | A | Dividend | J | T | | | | | |
| 43. -- Templeton Global Total Return Class A | A | Dividend | K | T | Buy | 09/09/11 | K | | |
| 44. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 45. -- SPDR Gold Trust | | None | J | T | Spinoff (from line 177) | 05/02/11 | J | | Tr fr UBS ...35 line 177 |
| 46. --DWS Floating Rate Plus Fund | B | Dividend | | | Buy (add'l) | 01/20/11 | J | | |
| 47. | | | | | Sold | 09/09/11 | K | | |
| 48. --DWS Enhanced Commodity Strategy Fund A | B | Dividend | K | T | Buy | 09/09/11 | K | | |
| 49. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 50. --Putnam Absolute Return 500 | A | Dividend | K | T | Buy (add'l) | 12/27/11 | J | | |
| 51. ▓▓▓ #2 UBS ROTH (...48) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 53. -- American Funds Capital World Growth & Income Fund Cl A | A | Dividend | J | T | | | | | |
| 54. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 55. -- American Funds Smallcap World Fund Cl A | A | Dividend | J | T | Spinoff (from line 198) | 06/28/11 | J | | Tr fr UBS ...79 line 198 |
| 56. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 57. -- American Funds Growth Fund of America Cl A | A | Dividend | J | T | | | | | |
| 58. -- American Funds Income Fund of America Cl A | A | Dividend | J | T | | | | | |
| 59. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | | | | | |
| 60. -- American Funds Washington Mutual Investors Fund Cl A | A | Dividend | J | T | | | | | |
| 61. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | Spinoff (from line 196) | 06/28/11 | J | | Tr fr UBS ...79 line 196 |
| 62. -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 63. ▪ UBS ACCT (...34) | C | Int./Div. | O | T | Distributed (part) | 01/14/11 | J | | Tr to UBS ...35 line 162 |
| 64. | | | | | Distributed (part) | 01/14/11 | J | | Tr to UBS ...79 line 191 |
| 65. | | | | | Distributed (part) | 01/14/11 | K | | Tr to UBS ...83 line 14 |
| 66. | | | | | Distributed (part) | 01/18/11 | N | | Tr to UBS ...49 line 253 |
| 67. | | | | | Distributed (part) | 03/30/11 | K | | Tr to UBS ...48 line 201 |
| 68. | | | | | Distributed (part) | 04/01/11 | K | | Tr to UBS ...48 line 202 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 04/25/11 | J | | Tr to UBS ...49 line 256 |
| 70. | | | | | Distributed (part) | 05/16/11 | M | | Tr to UBS ...49 line 257 |
| 71. | | | | | Distributed (part) | 06/10/11 | K | | Tr to UBS ...48 line 203 |
| 72. | | | | | Distributed (part) | 06/24/11 | K | | Tr to UBS ...48 line 204 |
| 73. | | | | | Distributed (part) | 06/28/11 | L | | Tr to UBS ...48 line 205 |
| 74. | | | | | Distributed (part) | 08/24/11 | K | | Tr to UBS ...48 line 206 |
| 75. | | | | | Distributed (part) | 09/13/11 | K | | Tr to UBS ...48 line 207 |
| 76. | | | | | Distributed (part) | 09/19/11 | J | | Tr to UBS ...48 line 208 |
| 77. | | | | | Distributed (part) | 09/26/11 | K | | Tr to UBS ...48 line 210 |
| 78. | | | | | Distributed (part) | 10/27/11 | J | | Tr to UBS ...49 line 259 |
| 79. | | | | | Spinoff (from line 7) | 11/10/11 | J | | Tr fr UBS ...12 line 7 |
| 80. --Cash | | None | K | T | | | | | |
| 81. -- RMA NY Money Fund | A | Dividend | N | T | Buy (add'l) | 01/03/11 | J | | |
| 82. | | | | | Buy (add'l) | 01/06/11 | P1 | | |
| 83. | | | | | Sold (part) | 01/18/11 | K | | |
| 84. | | | | | Sold (part) | 01/19/11 | N | | |
| 85. | | | | | Sold (part) | 02/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/04/11 | K | | |
| 87. | | | | | Buy (add'l) | 03/16/11 | J | | |
| 88. | | | | | Sold (part) | 03/31/11 | K | | |
| 89. | | | | | Sold (part) | 04/01/11 | K | | |
| 90. | | | | | Sold (part) | 04/04/11 | K | | |
| 91. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 92. | | | | | Sold (part) | 04/08/11 | K | | |
| 93. | | | | | Buy (add'l) | 04/12/11 | K | | |
| 94. | | | | | Sold (part) | 04/15/11 | K | | |
| 95. | | | | | Sold (part) | 04/19/11 | J | | |
| 96. | | | | | Sold (part) | 04/20/11 | K | | |
| 97. | | | | | Sold (part) | 04/26/11 | J | | |
| 98. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 99. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 100. | | | | | Buy (add'l) | 05/05/11 | K | | |
| 101. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 102. | | | | | Sold (part) | 05/17/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/25/11 | K | | |
| 104. | | | | | Buy (add'l) | 06/01/11 | K | | |
| 105. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 106. | | | | | Sold (part) | 06/13/11 | K | | |
| 107. | | | | | Sold (part) | 06/21/11 | K | | |
| 108. | | | | | Sold (part) | 06/27/11 | K | | |
| 109. | | | | | Sold (part) | 06/29/11 | L | | |
| 110. | | | | | Sold (part) | 07/01/11 | K | | |
| 111. | | | | | Buy (add'l) | 07/08/11 | K | | |
| 112. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 113. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 114. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 115. | | | | | Sold (part) | 08/17/11 | K | | |
| 116. | | | | | Sold (part) | 08/25/11 | K | | |
| 117. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 118. | | | | | Sold (part) | 09/14/11 | K | | |
| 119. | | | | | Buy (add'l) | 09/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/20/11 | J | | |
| 121. | | | | | Sold (part) | 09/26/11 | K | | |
| 122. | | | | | Sold (part) | 09/27/11 | K | | |
| 123. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 124. | | | | | Buy (add'l) | 10/28/11 | K | | |
| 125. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 126. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 127. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 128. | | | | | Buy (add'l) | 12/07/11 | K | | |
| 129. -- Stag Indl Inc | A | Dividend | J | T | Buy | 04/15/11 | K | | |
| 130. -- Teekay LNG Partners LP | A | Dividend | K | T | Buy | 04/08/11 | K | | |
| 131. --UNTS FT Target VIP Portf. Feb 2010 SR | A | Dividend | | | Sold | 05/03/11 | J | A | |
| 132. --UNTS FT Target VIP Portf. May 2011 SR | A | Dividend | J | T | Buy | 05/05/11 | J | | |
| 133. -- Lehman Bros Holdings Inc. (Defaulted) | | None | J | T | | | | | |
| 134. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 135. -- Florida State Brd. Ed. Cap. Outlay FSA | A | Interest | J | T | | | | | |
| 136. -- Sentinel Short Maturity Govt Fnd | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- John Hancock New York Venture Annuity | | None | M | T | | | | | |
| 138. -- Linn Energy LLC Units Resptg Ltd Liability Co Ints | | None | | | Buy | 03/04/11 | K | | |
| 139. | | | | | Sold | 05/04/11 | K | B | |
| 140. -- Universal Display Corp. | | None | | | Buy | 03/30/11 | J | | |
| 141. | | | | | Sold | 03/30/11 | J | A | |
| 142. -- Energy Transfer Partners LP MLP | | None | | | Buy | 04/01/11 | K | | |
| 143. | | | | | Sold | 04/11/11 | K | B | |
| 144. -- Qihoo 360 Technology Co Ltd ADR | | None | | | Buy | 04/04/11 | J | | |
| 145. | | | | | Sold | 04/04/11 | J | B | |
| 146. -- Box Ships Inc | | None | | | Buy | 04/19/11 | J | | |
| 147. | | | | | Sold | 07/26/11 | J | | |
| 148. -- Targa Resources Investments | | None | | | Buy | 04/26/11 | J | | |
| 149. | | | | | Sold | 04/26/11 | J | A | |
| 150. -- Mosaic Co. | | None | | | Buy | 05/25/11 | K | | |
| 151. | | | | | Sold | 05/31/11 | K | B | |
| 152. -- Danaher Corp. | A | Dividend | | | Buy | 06/21/11 | K | | |
| 153. | | | | | Sold | 07/07/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Kior Inc | | None | | | Buy | 06/29/11 | K | | |
| 155. | | | | | Sold | 09/02/11 | J | | |
| 156. -- Enbridge Energy Partners LP MLP | A | Dividend | | | Buy | 07/01/11 | K | | |
| 157. | | | | | Sold | 12/06/11 | K | B | |
| 158. -- Plains All Amer Pipeline LP Unit Ltd | | None | | | Buy | 08/17/11 | K | | |
| 159. | | | | | Sold | 10/27/11 | K | B | |
| 160. -- Realty Income Corp MD SBI | A | Dividend | | | Buy | 09/26/11 | K | | |
| 161. | | | | | Sold | 12/30/11 | K | A | |
| 162. ■ UBS ACCT (...35) | A | Dividend | | | Spinoff (from line 63) | 01/14/11 | J | | Tr fr UBS ...34 line 63 |
| 163. | | | | | Distributed (part) | 05/02/11 | L | | Tr holdings to UBS ...47 |
| 164. | | | | | Distributed (part) | 05/03/11 | K | | Tr holdings to UBS ...47 |
| 165. | | | | | Distributed (part) | 05/17/11 | J | | Tr holdings to UBS ...47 |
| 166. | | | | | Distributed | 07/21/11 | J | | Tr holdings to UBS ...47 |
| 167. -- UBS Liquid Assets Fund | | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 168. | | | | | Sold (part) | 01/20/11 | J | | |
| 169. | | | | | Sold (part) | 04/25/11 | J | | |
| 170. | | | | | Sold | 07/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Apple Inc. | | None | | | Distributed | 05/02/11 | K | | Tr to UBS ...47 line 27 |
| 172. -- Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | | | Distributed | 05/02/11 | K | | Tr to UBS ...47 line 31 |
| 173. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | | | Distributed | 05/02/11 | J | | Tr to UBS ...47 line 32 |
| 174. -- SPDR S&P Midcap 400 | A | Dividend | | | Distributed | 05/02/11 | K | | Tr to UBS ...47 line 33 |
| 175. -- Nuveen Quality Preferred Income Fund 2 | A | Dividend | | | Distributed | 05/02/11 | J | | Tr to UBS ...47 line 37 |
| 176. -- Nuveen Quality Pfd Income Fd | A | Dividend | | | Distributed | 05/02/11 | J | | Tr to UBS ...47 line 39 |
| 177. -- SPDR Gold Trust | | None | | | Distributed | 05/02/11 | J | | Tr to UBS ...47 line 45 |
| 178. -- Fidelity Advisor New Insights Fund | A | Dividend | | | Distributed | 05/03/11 | K | | Tr to UBS ...47 line 34 |
| 179. -- Eaton Vance Global Macro Absolute Return Fund A | A | Dividend | | | Distributed (part) | 05/03/11 | J | | Tr to UBS ...47 line 41 |
| 180. | | | | | Distributed | 05/17/11 | J | | Tr to UBS ...47 line 41 |
| 181. ▪ UBS ACCT (...29) | | None | M | T | | | | | |
| 182. --Cash | | None | | | | | | | |
| 183. -- Bond Fund of America | | None | K | T | | | | | |
| 184. -- Capital World Growth & Income Fund | | None | K | T | | | | | |
| 185. -- Euro Pac Growth Fund | | None | K | T | | | | | |
| 186. -- Growth Fund of America | | None | K | T | | | | | |
| 187. -- Income Fund of America | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- New Perspective Fund | | None | K | T | | | | | |
| 189. -- Smallcap World Fund | | None | K | T | | | | | |
| 190. -- Washington Mutual Investors Fund | | None | K | T | | | | | |
| 191. ▓▓▓ #2 UBS ACCT (...79) | A | Int./Div. | | | Spinoff (from line 64) | 01/14/11 | J | | Tr fr UBS ...34 line 64 |
| 192. | | | | | Distributed | 06/28/11 | K | | Tr holdings to UBS ...47 |
| 193. -- UBS Bank USA Dep Acct | A | Interest | | | | | | | |
| 194. --American Funds American Balanced Fund Cl A | A | Dividend | | | Buy (add'l) | 03/07/11 | J | | |
| 195. | | | | | Buy (add'l) | 06/08/11 | J | | |
| 196. | | | | | Distributed | 06/28/11 | J | | Tr to UBS ...47 line 61 |
| 197. -- American Funds Smallcap World Fund Cl A | | | | | Buy | 01/14/11 | J | | |
| 198. | | | | | Distributed | 06/28/11 | J | | Tr to UBS ...47 line 55 |
| 199. ▓▓▓ UBS ACCT (...48) | B | Int./Div. | P1 | T | Distributed (part) | 01/24/11 | J | | Tr to UBS ...49 line 254 |
| 200. | | | | | Distributed (part) | 02/01/11 | J | | Tr to UBS ...49 line 256 |
| 201. | | | | | Spinoff (from line 67) | 03/30/11 | K | | Tr fr UBS ...34 line 67 |
| 202. | | | | | Spinoff (from line 68) | 04/01/11 | K | | Tr fr UBS ...34 line 68 |
| 203. | | | | | Spinoff (from line 71) | 06/10/11 | K | | Tr fr UBS ...34 line 71 |
| 204. | | | | | Spinoff (from line 72) | 06/24/11 | K | | Tr fr UBS ...34 line 72 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Spinoff (from line 73) | 06/28/11 | L | | Tr fr UBS ...34 line 73 |
| 206. | | | | | Spinoff (from line 74) | 08/24/11 | K | | Tr fr UBS ...34 line 74 |
| 207. | | | | | Spinoff (from line 75) | 09/13/11 | K | | Tr fr UBS ...34 line 75 |
| 208. | | | | | Spinoff (from line 76) | 09/19/11 | J | | Tr fr UBS ...34 line 76 |
| 209. | | | | | Spinoff (from line 258) | 09/26/11 | K | | Tr fr UBS ...49 line 258 |
| 210. | | | | | Spinoff (from line 77) | 09/26/11 | K | | Tr fr UBS ...34 line 77 |
| 211. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 212. -- UNTS AAM Global Gold Income Portf | A | Dividend | K | T | | | | | |
| 213. -- Oppenheimer Developing Markets Fund Cl A | A | Dividend | | | Distributed | 01/18/11 | K | | Tr to UBS ...49 line 352 |
| 214. -- Long Island NY Pwr Elec Municipal Bonds | | None | M | T | | | | | |
| 215. -- NYC Water Municipal Bonds | B | Interest | M | T | | | | | |
| 216. -- NYS Dorm Municipal Bond | | None | L | T | Buy (add'l) | 08/23/11 | K | | |
| 217. -- Oklahoma City OK Municipal Bond | | None | K | T | | | | | |
| 218. -- Indiana Transn Fin Auth Municipal Bond | | None | L | T | Buy | 01/13/11 | L | | |
| 219. -- Yorba Linda CA Municipal Bond | | None | J | T | | | | | |
| 220. -- Clark Co Wash Vancouver Ser C Municipal Bond | | None | J | T | Buy | 01/13/11 | J | | |
| 221. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Wentzville MO Sch Municipal Bond | | None | K | T | | | | | |
| 223. -- New Jersey St Transn Municipal Bond | | None | K | T | | | | | |
| 224. -- NYS Urb Dev Bond | | None | | | Redeemed | 07/01/11 | J | | |
| 225. -- Palo Alto CA Municipal Bond | | None | K | T | | | | | |
| 226. -- Coppell Tex ISD Municipal Bond | | None | K | T | Buy | 01/13/11 | K | | |
| 227. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | K | T | Buy | 09/23/11 | K | | |
| 228. -- New York City SR A Municipal Bond | | None | J | T | Buy | 06/28/11 | J | | |
| 229. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | K | T | Buy | 06/09/11 | K | | |
| 230. -- Prosper Tx Isd Rfdg Bk Municipal Bond | | None | K | T | Buy | 02/03/11 | K | | |
| 231. -- Salem-Keizer OR Municipal Bond | | None | K | T | | | | | |
| 232. -- Medina Valley TX Municipal Bond | | None | K | T | | | | | |
| 233. -- San Rafael CA City Hi GH Municipal Bond | | None | L | T | Buy | 09/12/11 | K | | |
| 234. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | Buy | 06/28/11 | J | | |
| 235. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 236. -- Desert Calif Cmty Clge Municipal Bond | | None | K | T | Buy | 06/24/11 | K | | |
| 237. -- Lewisville TX Municipal Bonds | | None | K | T | | | | | |
| 238. -- Manhattan Beach USD Cal Municipal Bond | | None | K | T | Buy | 07/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 240. -- Athens-Clarke Conty GA Municipal Bond | | None | K | T | Buy | 09/16/11 | J | | |
| 241. -- Illinois Dev Fin Au Reti Hsg Municipal Bond | | None | K | T | Buy | 02/03/11 | K | | |
| 242. -- Monterey Peninsula CA Municipal Bond | | None | K | T | Buy | 06/24/11 | K | | |
| 243. -- Chicago IL Lakefront Municipal Bond | | None | K | T | Buy | 03/31/11 | K | | |
| 244. -- Houston TX Wtr & Swr Municipal Bond | | None | L | T | Buy | 01/13/11 | L | | |
| 245. -- Washington State Ser E Municipal Bond | | None | L | T | | | | | |
| 246. -- NJ Trans Trust Ser C Municipal Bond | | None | L | T | Buy | 03/16/11 | K | | |
| 247. | | | | | Buy (add'l) | 07/12/11 | K | | |
| 248. -- San Joaquin Delta Comnty Ser B Municipal Bond | | None | K | T | Buy | 01/13/11 | K | | |
| 249. -- Denton TX Indep Sch Municipal Bond | | None | K | T | Buy | 03/29/11 | K | | |
| 250. -- Mesquite TX ISD Municipal Bond | | None | K | T | | | | | |
| 251. -- Washington St Mtr Vehicl Municipal Bond | | None | K | T | Buy | 01/13/11 | K | | |
| 252. -- Ennis TX Indpt Sch Dst Municipal Bond | | None | J | T | Buy | 03/31/11 | J | | |
| 253. ▮▮▮ UBS ACCT (...49) | E | Int./Div. | P1 | T | Spinoff (from line 66) | 01/18/11 | N | | Tr fr UBS ...34 line 66 |
| 254. | | | | | Spinoff (from line 199) | 01/24/11 | K | | Tr fr UBS ...48 line 199 |
| 255. | | | | | Spinoff (from line 200) | 02/01/11 | J | | Tr fr UBS ...48 line 200 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Spinoff (from line 69) | 04/25/11 | J | | Tr fr UBS ...34 line 69 |
| 257. | | | | | Spinoff (from line 70) | 05/16/11 | M | | Tr fr UBS ...34 line 70 |
| 258. | | | | | Distributed (part) | 09/26/11 | K | | Tr to UBS ...49 line 209 |
| 259. | | | | | Spinoff (from line 78) | 10/27/11 | J | | Tr fr UBS ...34 line 78 |
| 260. -- RMA Government Portfolio | None | | J | T | Buy (add'l) | 01/06/11 | L | | |
| 261. | | | | | Buy (add'l) | 01/12/11 | J | | |
| 262. | | | | | Sold (part) | 01/18/11 | L | | |
| 263. | | | | | Buy (add'l) | 01/19/11 | N | | |
| 264. | | | | | Sold (part) | 01/20/11 | N | | |
| 265. | | | | | Sold (part) | 01/24/11 | J | | |
| 266. | | | | | Buy (add'l) | 01/25/11 | J | | |
| 267. | | | | | Sold (part) | 02/02/11 | J | | |
| 268. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 269. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 270. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 271. | | | | | Buy (add'l) | 03/16/11 | J | | |
| 272. | | | | | Buy (add'l) | 03/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 274. | | | | | Sold (part) | 04/19/11 | J | | |
| 275. | | | | | Sold (part) | 04/25/11 | J | | |
| 276. | | | | | Buy (add'l) | 04/26/11 | J | | |
| 277. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 278. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 279. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 280. | | | | | Buy (add'l) | 05/17/11 | M | | |
| 281. | | | | | Sold (part) | 05/18/11 | K | | |
| 282. | | | | | Sold (part) | 05/19/11 | L | | |
| 283. | | | | | Sold (part) | 05/23/11 | J | | |
| 284. | | | | | Buy (add'l) | 05/24/11 | K | | |
| 285. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 286. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 287. | | | | | Buy (add'l) | 06/17/11 | J | | |
| 288. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 289. | | | | | Buy (add'l) | 06/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 291. | | | | | Sold (part) | 07/25/11 | J | | |
| 292. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 293. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 294. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 295. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 296. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 297. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 298. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 299. | | | | | Sold (part) | 09/27/11 | K | | |
| 300. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 301. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 302. | | | | | Sold (part) | 10/25/11 | J | | |
| 303. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 304. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 305. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 306. | | | | | Buy (add'l) | 11/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 308. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 309. | | | | | Sold (part) | 12/12/11 | J | | |
| 310. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 311. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 312. -- Apple Computer Inc | | None | L | T | | | | | |
| 313. -- AT&T Inc | | None | K | T | Buy (add'l) | 01/28/11 | J | | |
| 314. -- Centurylink Inc | | None | K | T | Spinoff (from line 322) | 04/01/11 | J | | See Part VIII re merger |
| 315. | | | | | Sold (part) | 04/01/11 | J | A | |
| 316. -- Johnson & Johnson Com | A | Dividend | K | T | Buy (add'l) | 01/14/11 | K | | |
| 317. | | | | | Buy (add'l) | 06/14/11 | J | | |
| 318. -- Lorillard Inc | A | Dividend | K | T | Buy (add'l) | 03/11/11 | J | | |
| 319. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 320. | | | | | Buy (add'l) | 09/12/11 | J | | |
| 321. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 322. -- Qwest Communications Intl Inc. | A | Dividend | | | Distributed (part) | 04/01/11 | K | | See Part VIII re merger |
| 323. -- Salesforce.com Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- Teekay Tankers Ltd | | | | | Sold | 01/18/11 | K | B | |
| 325. | | | | | Buy | 01/19/11 | K | | |
| 326. | | | | | Buy (add'l) | 05/18/11 | J | | |
| 327. | | | | | Sold | 12/09/11 | K | | |
| 328. -- Eaton Vance Tax Managed Buy Write Opportunities Fund | | None | J | T | | | | | |
| 329. -- Eaton Vance Tax Managed Diversified Equity Income Fund | | None | J | T | | | | | |
| 330. -- Ishares Trust S&P Latin Amer 40 Index Fund | | None | J | T | | | | | |
| 331. -- Blackrock U.S. Opportunities | A | | J | T | Buy (add'l) | 01/14/11 | J | | |
| 332. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 333. -- FBR Small Cap Fund Investor Class | A | Dividend | L | T | Buy | 12/09/11 | L | | |
| 334. -- Fidelity Advisor New Insights Fund Cl A | A | Dividend | L | T | Buy | 01/14/11 | K | | |
| 335. | | | | | Buy (add'l) | 02/11/11 | J | | |
| 336. | | | | | Buy (add'l) | 05/16/11 | K | | |
| 337. -- JP Morgan U.S. Large Cap Core Plus Fund A | A | Dividend | K | T | Buy | 05/16/11 | K | | |
| 338. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 339. -- Miller Convertible Fund Class A | B | Dividend | L | T | Buy | 01/14/11 | K | | |
| 340. | | | | | Buy (add'l) | 03/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 05/16/11 | K | | |
| 342. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 343. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 344. -- Neuberger Berman Equity Income Fund Class A | C | Dividend | M | T | Buy | 01/14/11 | L | | |
| 345. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 346. | | | | | Buy (add'l) | 05/16/11 | K | | |
| 347. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 348. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 349. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 350. -- Oakmark Fund Class I | A | Dividend | K | T | Buy | 01/14/11 | K | | |
| 351. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 352. -- Oppenheimer Developing Markets Fund Cl A | B | Distribution | L | T | Spinoff (from line 213) | 01/14/11 | K | | Tr fr UBS ...48 line 213 |
| 353. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 354. -- Kinder Morgan Energy Partners MLP | B | Dividend | K | T | | | | | |
| 355. -- DWS Municipal Income Trust | B | Dividend | K | T | Buy | 01/14/11 | K | | |
| 356. -- Nuveen Ins Muni Opport Fd | B | Dividend | K | T | Buy | 01/14/11 | K | | |
| 357. -- Nuveen Prem Income Mun Fund 2 Inc | B | Dividend | K | T | Buy | 01/14/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -- Artio Global High Income Fund Class A | C | Dividend | K | T | Buy (add'l) | 01/14/11 | J | | |
| 359. | | | | | Buy (add'l) | 01/28/11 | J | | |
| 360. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 361. | | | | | Buy (add'l) | 03/30/11 | J | | |
| 362. | | | | | Buy (add'l) | 04/28/11 | J | | |
| 363. | | | | | Buy (add'l) | 05/27/11 | J | | |
| 364. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 365. | | | | | Buy (add'l) | 07/28/11 | J | | |
| 366. | | | | | Buy (add'l) | 08/30/11 | J | | |
| 367. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 368. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 369. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 370. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 371.  -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 01/26/11 | J | | |
| 372. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 373. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 374.  -- Mainstay High Yield Opportunity Class A | B | Dividend | K | T | Buy | 01/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 376. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 377. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 378. -- Putnam Diversified Income Trust Class A | C | Dividend | K | T | Buy (add'l) | 01/14/11 | J | | |
| 379. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 380. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 381. | | | | | Buy (add'l) | 04/14/11 | J | | |
| 382. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 383. | | | | | Buy (add'l) | 06/14/11 | J | | |
| 384. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 385. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 386. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 387. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 388. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 389. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 390. -- Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 391. -- Hatteras Alpha Hedged Strategies Fund | A | Dividend | K | T | Buy | 05/16/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  -- First Eagle Gold Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/13/11 | J | | |
| 393.  -- First Eagle Global Fund Class A | A | Dividend | L | T | Buy | 01/14/11 | L | | |
| 394. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 395.  -- Dreyfus Small Company Value Fund | D | Dividend | | | Buy | 01/14/11 | L | | |
| 396. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 397. | | | | | Sold | 12/09/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally:  For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank.

Part VII, line 4: The valuation of my share of the ▇▇▇▇▇▇▇ Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, line 11: I inadvertently omitted this asset from my annual report for 2010 (due to reviewing a statement from an inactive account with a similar account number). I respectfully request that my 2010 annual report be deemed to include a line within the report for account ...12 that reports the following:  Column B(1) Amount code: A; Column B(2) Type: Dividend; Column C(1) Value code: J; Column C(2) Value Method code: T; Column D(1) Type: Buy; Column D(2) date: 02/23/10; Column D(3) Value code: J.

Part VII, lines 314 & 322: As a result of a merger, my shares of Qwest were exchanged for shares of Centurylink Inc. I was unsure how best to record the transaction in column D(1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544